

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| GARY SMITH, | | No. 08-17-00181-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No 3 |
| | § | |
| EL PASO VETERANS TRANSITIONAL | | of El Paso County, Texas |
| LIVING CENTER, | § | |
| | | (TC # 2017-CCV00770) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MARCH, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.